# UNITED STATES DISTRICT COURT
for the
Eastern District of Tennessee

**FILED**
MAY 0 6 2019
Clerk, U. S. District Court
Eastern District of Tennessee
At Greeneville

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )
THE REAL PROPERTY ON WHICH LIES A RESIDENCE LOCATED AT )
361 TOM TREECE ROAD, MORRISTOWN, TENNESSEE, INCLUDING )
ALL OUTBUILDINGS AND STORAGE AREAS WITHIN THE CURTILAGE )
ASSOCIATED WITH THE PROPERTY (a photograph of the area in which )
the residence is located is attached hereto and fully incorporated herein.) )

Case No. 2:19-MJ-141

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that there is now concealed on the following person or property located in the _____Eastern_____ District of _____Tennessee_____ *(identify the person or describe property to be searched and give its location):* THE REAL PROPERTY ON WHICH LIES A RESIDENCE LOCATED AT 361 TOM TREECE ROAD, MORRISTOWN, TENNESSEE, INCLUDING ALL OUTBUILDINGS AND STORAGE AREAS WITHIN THE CURTILAGE ASSOCIATED WITH THE PROPERTY (a photograph of the area in which the residence is located is attached hereto and more fully described in Attachment A.)

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*: evidence of possession and distribution of child pornography involving Robert Scott Brooks, and others known and unknown, in violation of Title 18, United States Code, Section 2252 and 2252A.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of ___18___ U.S.C. § __2252, 2252A__, and the application is based on these facts:

Please see the Affidavit of HSI/ICE Special Agent, Travis Carrier, which is attached hereto and fully incoporated herein.

☐ Continued on the attached sheet.
☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached affidavit.

*Applicant's signature*

Travis Carrier, HSI/ICE Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 6, 2019 at 10:34 am

*Judge's signature*

City and state: Greeneville, Tennessee

Clifton L. Corker, United States Magistrate Judge
*Printed name and title*